## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JOHN ABUAN, CONSTANCE ABUAN, STEVE STRICKLAND, Et. al.**<br><br>**Plaintiff,**<br><br>v.<br><br>**SGR ENERGY, INC.**<br>**Defendant.** | Case No. 22-32050<br><br>Adversary Case No. 22-03309 |

### PLAINTIFFS' MOTION TO NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, your Plaintiffs and creditors in the above captioned bankruptcy matter, and pursuant to Fed.R.Civ.P. 41(a)(2) and requests the Court to dismiss, without prejudice, Plaintiffs' claims against Defendant, SGR Energy, Inc. and in support thereof respectfully shows the following:

1.      Plaintiffs sought relief from the Defendant for clear and obvious fraud relating to procuring investor funds for an oil and gas enterprise based on knowingly false statements and material omissions made for the express purpose of inducing investors to rely on those statements to their extraordinary financial detriment.

2.      However, 11 U.S.C. § 523 does not authorize an adversarial action to determine exceptions to discharge against a corporation. Resultantly, Plaintiffs seek to non-suit their claims against, SGR Energy, Inc.

3.     As a result of the above, no prejudice will be done to any Defendant by relief sought in this Motion.

Date: January 18, 2023.

Respectfully Submitted,

**GREALISH MCZEAL, P.C.**

By: *_/s/Marcellous S. McZeal_*
    Marcellous S. McZeal
    Texas Bar Number 00798368
    Southern District of Texas Bar No. 21271
    700 Louisiana, 48th Floor
    Houston, Texas 77002
    Telephone: (713) 255-3234
    Facsimile: (713) 783-2502
    mmczeal@grealishmczeal.com

    ATTORNEY-IN-CHARGE FOR
    PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify the foregoing instrument was forwarded to all counsel of record using the Court's ECF system, which will cause a true and correct copy be served on this the 18th day of January, 2022.

*_/s/ Marcellous  S.McZeal_*_____
Marcellous S. McZeal